No. D–1384. IN RE DISBARMENT OF WELLS. It is ordered that William Eugene Wells, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1385. IN RE DISBARMENT OF MCCLENNY. It is ordered that William Madison McClenny, of Louisa, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1386. IN RE DISBARMENT OF HEIMAN. It is ordered that Norman Heiman, of Flushing, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1387. IN RE DISBARMENT OF CHAPMAN. It is ordered that Gerald McNamara Chapman, of Arlington Heights, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig. DELAWARE ET AL. v. NEW YORK. Motion of the Special Master for award of fees granted, and the Special Master is awarded a total of $47,568.47 to be paid in accordance with the recommendation contained in the fee application dated March 15, 1994. Report of the Special Master with respect to complaints received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 21 days. Replies thereto, if any, may be filed by the parties within 14 days. [For earlier order herein, see, e. g., 510 U. S. 1106.]

No. 92–1920. LIVADAS v. AUBRY, CALIFORNIA LABOR COMMISSIONER. C. A. 9th Cir. [Certiorari granted, 510 U. S. 1083.] Motion of Food Employers Council, Inc., for leave to file a brief as amicus curiae out of time granted.